MARY MALFETTI, Appellant, v. JOHN FOGLIA and Another, Respondents.— Judgment reversed upon the law, with costs, and judgment unanimously directed for the plaintiff, with costs. No opinion. Findings of the trial court second, third, fourth, eighth, ninth and tenth, and the first conclusion of law, are reversed as being unsupported by the evidence, and plaintiff's proposed findings first to eighth, inclusive, are found, and also the first proposed conclusion of law, and that part of the second proposed conclusion of law entitling plaintiff to judgment vacating and setting aside the conveyance in question. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur. Settle order on notice.

ISIDOR MILMAN, Respondent, v. THE ARMY MERCHANDISE COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JAMES H. MURRAY, Respondent, v. MARGARET A. RILEY and Another, Appellants, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ANTONIO PALLADINO, Respondent, v. TURNER & BLANCHARD, INC., Appellant.— The plaintiff having been injured on the dock, the remedy for his injuries is under the Workmen's Compensation Act [Law]. (Industrial Commission v. Nordenholt Corporation, 259 U. S. 263; Tracy v. Eastern Loading Corporation, 202 App. Div. 811.) The judgment and order are, therefore, reversed on the law, and the complaint unanimously dismissed, without costs. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KATE ROTHENBERG, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed, but this court, pursuant to section 543 of the Code of Criminal Procedure, reduces the sentence to a fine of twenty-five dollars, or, in the alternative, imprisonment in the workhouse not to exceed ten days. Rich, Manning and Young, JJ., concur; Kelly, P. J., and Jaycox, J., dissent and vote to reverse the judgment and discharge defendant, upon the ground that section 2040 of the Penal Law* has no application to the facts here presented.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB KOHN, Respondent, v. THE COMMISSIONER OF CORRECTIONS OF THE CITY OF NEW YORK and Another, Appellants. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order reversed upon the law, writ dismissed, and relator remanded to custody, upon the authority of People ex rel. Traubman v. Commissioner of Corrections, etc. [post, p. 835], decided herewith. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES H. NOZIGLIA, Relator, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Certiorari proceedings dismissed, and determination of police commissioner confirmed, with fifty dollars costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

* Added by Laws of 1920, chap. 131, as amd. by Laws of 1920, chap. 951.— [REP.